# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William R. Geist, Jr.,

Case No. Civil 02-208 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

The State of Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's objections to the R&R are DENIED.
2. The R&R is ADOPTED.
3. Plaintiff's Application to Proceed without prepayment of Fees is DENIED, and
4. The Amended Complaint is DISMISSED pursuant to 28 U.S.C. 1915(e)(2)(B)(ii and Fed.R.Civ.P. 12(h)(3).

DATE: April 22, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

8